# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

―――――

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION<br><br>Courtroom 339<br>Elbert P. Tuttle United States Court of Appeals Building<br>56 Forsyth Street, N.W.<br>ATLANTA, GEORGIA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>56 Forsyth Street, N.W.<br>Atlanta, Georgia  30303<br>(404) 335-6131 | | |

―――――

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, JULY 19, 2022

| | |
|---|---|
| 19-10156 | United States v. Ledell Ellis, Appellant |
| 20-14604 | Charles Cooke, Appellant v. Carpenter Technology Corporation |
| 21-11995 | Sabal Trail Transmission, LLC, Appellant v. 18.27 Acres of Land in Levy Co., et al. |
| 21-13186 | Virgil Harris, Appellant v. The Lincoln National Life Insurance Company, et al. |

### WEDNESDAY, JULY 20, 2022

| | |
|---|---|
| 20-14461 | United States v. Ferdinand Mediko, et al., Appellants |
| 21-11791 | Lhoist North America of Alabama, LLC, Petitioner/Cross Respondent v. National Labor Relations Board, Respondent/Cross Petitioner |
| 21-10923 | Stacy Scott, Jr., Appellant v. Donald Perry, et al. |
| 21-13567 | SIS, LLC, Appellant/Cross Appellee v. Stoneridge Software, Inc., et al.; Stoneridge Holdings, Inc., Appellee/Cross Appellant |

### THURSDAY, JULY 21, 2022

| | |
|---|---|
| 20-13221 | Cartarvis Jordan, Appellant v. State of Georgia, et al. |
| 21-13289 | Inform Inc., Appellant v. Google LLC, et al. |
| 21-12564 | Donrich Young, Appellant v. Grand Canyon University, Inc., et al. |
| 21-12985 | Subscriber Holdings, LLC, Appellant v. Brightstar Corp., et al. |

### FRIDAY, JULY 22, 2022

| | |
|---|---|
| 21-11982 | Ralph Benning, Appellant v. Commissioner, Georgia Department of Corrections, et al. |
| 21-11328 | Marius Brown, Appellant v. Wrigley Manufacturing Company, et al. |
| 21-11763 | Jesus Rodriguez, et al., Appellants v. Branch Banking & Trust Company, et al. |
| 21-13797 | Janemarie Crider, et al., Appellants v. Anita Williams |

ATLANTA, GEORGIA
05/11/22 - #23

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 A.M. ON MORNING OF ORAL ARGUMENT.**