[PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-11982

ERRATA

_____

RALPH HARRISON BENNING,

                                                        Plaintiff-Appellant,

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS
MARGARET PATTERSON,
Georgia Department of Corrections,
JENNIFER EDGAR,
Georgia Department of Corrections,

                                                Defendants-Appellees,

| | | |
|---|---|---|
| 2 | Opinion of the Court | 21-11982 |

GEORGIA DEPARTMENT OF CORRECTIONS INMATE EMAIL CENSOR,

                                                  Defendant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:18-cv-00087-TES-CHW

_____

The opinion has been changed as follows:

On page 10, "*Id.* at 1368 & n.2 (quoting *Martinez*, 416 U.S. at 418–419)[3]" was changed to "*Perry*, 664 F.3d at 1368 & n.2 (quoting *Martinez*, 416 U.S. at 418–419).[3]"

On page 11, "And, the Supreme Court has told us that First Amendment scrutiny is not more relaxed in cyberspace" was changed to "And the Supreme Court has told us that First Amendment scrutiny is not more relaxed in cyberspace."